**FILED**
10/16/2009
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

3:09-cr-33f-J-JRK

| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Transfer Court) 5:09-M-1735-1 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) 3:09-MJ-1298-JRK |
| **NAME OF OFFENDER** Stephanie L. Smith | **DISTRICT** EASTERN NORTH CAROLINA | **DIVISION** WESTERN |
| | **NAME OF SENTENCING JUDGE** James E. Gates | |
| | **DATES OF SUPERVISION** → | **FROM** September 15, 2009 **TO** September 14, 2010 |

**OFFENSE**: Driving While Impaired - Level 5 in violation of 18 U.S.C. §13 assimilating N.C.G.S. 20-138.1

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Middle District of Florida upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

_30 September 2009_
Date

_[signature]_
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

_October 16, 2009_
Effective date

_James R. Klindt_
United States ~~District~~ Judge
Magistrate